Seong H. Kim, Esq. (SBN 166604)
Kirsten H. Spira, Esq. (SBN 119885)
Celina M. Munoz (SBN 268252)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:  (310) 734-3200
Facsimile:   (310) 734-3300
Email:         skim@steptoe.com
Email:         cmunoz@steptoe.com

Attorneys for Plaintiff
ET PUBLISHING INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ET PUBLISHING INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC PERIODICALS, LLC, a limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  10-CV-03108 DSF (AJWx)<br><br>**ORDER ON STIPULATION RE: PROTECTIVE ORDER**<br><br>[Stipulation Re:  Protective Order Filed Concurrently]<br><br>Complaint filed:    March 23, 2010 |

Pursuant to the parties' stipulation, the protective order is granted.

**IT IS SO ORDERED.**

Dated:  10/14/2010

_____
United States District/Magistrate Judge