| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | **JS 6** |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ET PUBLISHING INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC PERIODICALS, LLC, a limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 10-CV-03108 DSF (AJWx)<br><br>Assigned for All Purposes to Hon. Dale S. Fischer<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

**JUDGMENT PURSUANT TO STIPULATION**

ET PUBLISHING INTERNATIONAL, INC. ("ET Publishing") having filed a First Amended Complaint (the operative complaint in the Action) against defendant PACIFIC PUBLISHING, LLC ("Pacific") alleging, among other things, breach of contract and common counts, and seeking $3,825,771.10 in damages, plus pre-judgment interest and attorneys fees, the parties having stipulated to entry of judgment, and the Court having adopted the terms of the Stipulation as its findings of fact and conclusions of law, in conformity therewith, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment shall be entered in favor of ET Publishing and against Pacific in the amount of $3,825,771.10.

2. The $10,000 Surety (i.e., Bond No. 454345) posted by ET Publishing as security for the pre-judgment Right To Attach Order and Order For Issuance Of A Writ Of Attachment, is released, exonerated and discharged. It shall be released to ET Publishing.

3. The parties waive any rights to appeal this stipulated judgment.

DATE:   12/13/10

_____
Hon. Dale S. Fischer
United States District Judge

///
///
///
///
///
///
///

1
**JUDGMENT PURSUANT TO STIPULATION**

Doc. # CC-238221 v.1

Presented By:

DATED: December _9, 2010         STEPTOE & JOHNSON, LLP


                                 By /s/ Kirsten Hicks Spira
                                    Kirsten Hicks Spira
                                    Attorneys for Plaintiff
                                    ET Publishing International, Inc.


DATED: December __9, 2010        MULCAHY LLP


                                 By /s/ Kevin A. Adams
                                    Kevin A. Adams
                                    Attorneys for Defendant
                                    Pacific Publishing LLC

2

**JUDGMENT PURSUANT TO STIPULATION**

Doc. # CC-238221 v.1